SUSANA ALCALA WOOD, City Attorney (SBN 156366)
**ANDREA M. VELASQUEZ, Senior Deputy City Attorney (SBN 249210)**
AVelasquez@cityofsacramento.org
CITY OF SACRAMENTO
915 I Street, Room 4010
Sacramento, CA  95814-2608
Telephone:  (916) 808-5346
Facsimile:   (916) 808-7455

Attorneys for the CITY OF SACRAMENTO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL TOTTON, PARIS FLORES, and JANIA JOHNSON, individually and as guardians of minor children, K.T, G.F., and R.J., <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF SACRAMENTO; OFFICER SARABJIT VERK; OFFICER MATTHEW; and UNKNOWN OFFICERS, <br><br> Defendants. | Case No.:  2:20-cv-01152-TLN-KJN <br><br> **ORDER MODIFYING SCHEDULING** |

Having reviewed and considered the Joint Discovery Plan, the scheduling order is modified to reflect the following deadlines:

    Fact Discovery Cut-off Date:    September 30, 2021

    Expert Disclosure Date:    October 29, 2021

    Rebuttal Expert Disclosure Date:    November 19, 2021

    Expert Discovery Cut-off Date:    December 31, 2021

    Dispositive Motions Filed by:    January 21, 2022

/ / /

Joint Trial Readiness: TBD or January 21, 2022, if no dispositive motions.

**IT IS SO ORDERED.**

Dated: December 21, 2020

Troy L. Nunley
United States District Judge