SUSANA ALCALA WOOD, City Attorney (SBN 156366)
**ANDREA M. VELASQUEZ, Supervising Deputy City Attorney (SBN 249210)**
AVelasquez@cityofsacramento.org
CITY OF SACRAMENTO
915 I Street, Room 4010
Sacramento, CA  95814-2608
Telephone:  (916) 808-5346
Facsimile:   (916) 808-7455

Attorneys for the CITY OF SACRAMENTO, SARABJIT VIRK, AND LINDA MATTHEW

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL TOTTON, PARIS FLORES, and JANIA JOHNSON, individually and as guardians of minor children, K.T, G.F., and R.J.,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF SACRAMENTO; OFFICER SARABJIT VERK; OFFICER MATTHEW; and UNKNOWN OFFICERS,<br><br>Defendants. | Case No.:  2:20-cv-01152-TLN-KJN<br><br>**JOINT STIPULATION TO MODIFY SCHEDULING ORDER; ORDER** |

COMES NOW Plaintiffs K.T., G.F., and R.J. by and through their guardian ad litems, Angel Totton, Paris Flores, and Jania Johnson, and Defendants City of Sacramento, Sarabjit Virk, and Linda Matthew, by and through their respective counsel and subject to the approval of this court, hereby stipulate and respectfully request that this Court's Order Modifying Scheduling dated December 21, 2020 (Doc. 27) be modified to reflect new deadlines and cut-off dates as follows:

/ / /

/ / /

| Event | Current Date | New Date |
|---|---|---|
| Dispositive Motions filed by: | January 21, 2022 | November 30, 2021 |
| Expert Disclosure: | October 29, 2021 | 60-days after ruling on dispositive motion |
| Rebuttal Expert Disclosure: | November 19, 2021 | 30-days after Expert Disclosure |
| Expert Discovery Cut-off: | December 31, 2021 | 30-days after Rebuttal Expert Discovery |
| Joint Trial Readiness: | TBD or January 21, 2022 | Remains unchanged |

WHEREAS Defendants are preparing a motion for summary judgment to be filed no later than November 30, 2021, the parties have conferred and agreed that moving expert disclosures until after the motion is heard and an order is issued will save all parties from incurring costs and fees in procuring experts and conducting expert discovery;

WHEREAS counsel for all parties have met and conferred and agreed that it would be in the interest of justice and judicial economy and that good cause exists for the modification of the scheduling order;

WHEREAS, this stipulation is not being made for the purpose of delay, or any other improper purpose;

WHEREAS modifying the deadlines as requested herein will not prejudice any party or their counsel;

WHEREAS this is the parties' second request to modify the scheduling order.

IT IS SO STIUPLATED.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

DATED: September 16, 2021          SUSANA ALCALA WOOD,
                                   City Attorney


                         By:   /s/ ANDREA M. VELASQUEZ
                               **ANDREA M. VELASQUEZ**
                               Supervising Deputy City Attorney

                               Attorneys for the CITY OF
                               SACRAMENTO, SARABJIT VIRK, and
                               LINDA MATTHEW


DATED: September 16, 2021          THE WALTERS LAW OFFICE


                         By     /s/ KELLIE WALTERS, ESQ.
                               **KELLIE WALTERS, ESQ.**

                               Attorney for Plaintiffs, ANGEL TOTTON,
                               PARIS FLORES, and JANIA JOHNSON,
                               individually and as guardians of minor
                               children, K.T, G.M., and R.J.


## ORDER

Having reviewed and considered the above stipulation, the scheduling order is modified to reflect the following deadlines:

| Event | New Date |
| --- | --- |
| Dispositive Motions filed by: | November 30, 2021 |
| Expert Disclosure: | 60-days after ruling on dispositive motion |
| Rebuttal Expert Disclosure: | 30-days after Expert Disclosure |
| Expert Discovery Cut-off: | 30-days after Rebuttal Expert Discovery |
| Joint Trial Readiness: | remains unchanged |

**IT IS SO ORDERED.**

Dated: September 17, 2021

                                   _____
                                   Troy L. Nunley
                                   United States District Judge