# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL TOTTON, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SACRAMENTO, et al.,<br><br>Defendant. | No. 2:20-cv-01152-TLN-KJN<br><br>**ORDER GRANTING APPROVAL OF MINOR'S COMPROMISE FOR MINOR PLAINTIFF K.T.** |

The Court hereby approves the petition for Minor's Compromise for K.T. and orders as follows:

1. Settlement Distribution
    a. The total $175,000.00 settlement shall be immediately payable to the Walters Law Offices Trust Account for immediate cash, funding for Plaintiffs, and attorney's fees.
2. Payment of Fees and Expenses
    a. Attorney's fees payable to the Walters Law Office:
       $35,000.00 (Each minor shall bear 1/3 of the total of the minor's share of the attorney's fees, or $11,666.66).
    b. Litigation costs payable to the Walters Law Office:
       $0

///

1

3. <u>Balance</u>

   a. Of minor K.T.'s net settlement $46,666.66 shall be paid out as follows:

      **Payee: Angel Totton (for the benefit of K.T.)**

      i. A lump sum payment of 46,666.66; Said funds shall be used for the benefit of Minor Plaintiff K.T.

      ii. When the Minor attains the age of 18 years, on May 27, 2024, the depository, without further order of this Court, is authorized and directed to pay by check or draft directly to the former minor, upon proper demand, all money, including interest deposited under this order.

4. Defendant(s) shall execute a Settlement Agreement and Release. Upon doing so, Defendant(s) will have no further obligations whatsoever to the Plaintiffs.

5. On receipt of the full amount of the settlement sum here approved, Petitioner is authorized and directed to execute and deliver to Defendant(s) a complete Settlement Agreement and Release (which shall provide for a "Qualified Assignment" in compliance with Section 130(c) of the Internal Revenue Code of 1986, as amended) and discharge of any and all claims of K.T. arising from the facts set forth in the Petition, and a properly executed dismissal with prejudice.

IT IS SO ORDERED.

**Dated: March 27, 2023**

_____
Troy L. Nunley
United States District Judge

2